FINANSIERINGSATIEBOLAGET VENDOR v. ESTATE OF THOR SOLBERG.

May 15, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. S. T. WASHINGTON.

May 15, 1979.   Petition for certification denied.

ERNEST A. TEDESCHI v. POUGHKEEPSIE FINISHING CORPORATION.

May 15, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO BUTLER.

May 15, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE MARCHETTA.

May 15, 1979.   Petition for certification denied.

S.T.O.P. PUBLISHERS, INC.

v.

PETER D. MANAHAN.

May 15, 1979.   Petition for certification denied.